

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-13-00905-CV

**ABSTRACT & TITLE RESOURCES, INC**,
Appellant

v.

Robert Y. **PETTIT**, Benjamim Franklin, and Rafael De La Fuente,
Appellees

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 361473
Honorable Irene Rios, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to Provide Proof of Payment for Reporter's Record Fee is GRANTED. The appellant's response is due on February 17, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court